# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00449-CV

**In re Jeffery Marx**

## ORIGINAL PROCEEDING FROM BURNET COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Jeffery Marx has filed a document, which we treat as a petition for writ of mandamus based on the substance of his filing, complaining that the Burnet County district clerk has failed to file certain documents. *See* Tex. R. App. P. 52.8(a); *see also Surgitek, Bristol-Myers Corp. v. Abel*, 997 S.W.2d 598, 601 (Tex. 1999). As an intermediate appellate court, this Court has no jurisdiction to issue a writ of mandamus against a district clerk unless necessary to enforce our jurisdiction, *see* Tex. Gov't Code § 22.221(a); *In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding), and our jurisdiction is not implicated here. Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Filed:   August 3, 2022